FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GARY VAN ALLEN,<br><br>    Petitioner,<br><br>    v.<br><br>KRAMER,<br><br>    Respondent. | No.  CV 07-3037-VBF (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation.  The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  _3-31-08_

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE