FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR -1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GARY VAN ALLEN, | No. CV 07-3037-VBF (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KRAMER, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 3-31-08

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE